Federal Defenders
OF NEW YORK, INC.

Eastern District
One Pierrepont Plaza, 16th Fl., Brooklyn, NY
11201 Tel: (718) 330-1200 Fax: (718) 855-0760

Tamara L. Giwa
*Executive Director and Attorney-in-Chief*

Michelle A. Gelernt
*Attorney-in-Charge*

The Honorable Natasha C. Merle
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

October 15, 2026

Re: *United States v. Jonah Luc,* 25-cr-273 (NCM)

Dear Judge Merle:

Sentencing in this matter is presently scheduled for November 4, 2026. The defense respectfully asks the Court to adjourn the proceeding for approximately six weeks.

The PSR was disclosed on October 1, 2026. That same day Mr. Luc was released on bond but detained and transported to New Jersey in custody due to an outstanding probation violation, for which he was sentenced to three years in custody. We understand Mr. Luc may soon be eligible for parole on that case.

Counsel has not had a full opportunity to discuss the PSR, as well as any sentencing submission, with Mr. Luc. We also do not want his transport to this district in custody to interfere with any administrative matters related to his possible parole, especially where a brief adjournment might well allow him to attend the proceeding at liberty pursuant to the bond the Court has already set.

To be clear, the defense may well seek a subsequent adjournment, but at this time is only seeking a six-week adjournment to confer with Mr. Luc and hopefully determine his likely release date in New Jersey.

The government advises that it takes no position on this request.

Respectfully Submitted,

/s/
Samuel Jacobson
Michael Weil
Assistant Federal Defenders

cc: All counsel of record (by ECF)